IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **WILLIAM ALBA-GONZÁLEZ,**  Petitioner, | * * * | |
| v. | * * | CIVIL NO. 04-1529 (JAF) |
| | * | (Criminal No. 99-273) |
| **UNITED STATES OF AMERICA**,  Respondent. | * * * * | |

## **JUDGMENT**

For the reasons set forth in our Opinion and Order of even date, judgment is hereby entered summarily dismissing William Alba-González' petition for habeas relief under 28 U.S.C. §2255.

San Juan, Puerto Rico, this 28th day of March, 2005.

S/José Antonio Fusté
JOSÉ ANTONIO FUSTÉ
Chief United States District Judge