May 17, 2005
Clerk Office
United States Distric Court
Distric of Puerto Rico
Federal BLDG, Room 150
Carlos Chardon Avenue
Hato Rey, PR 00918-1767

RE: Case # 3: 99-CR-00273-JAF-ALL

Dear Clerk of the Court:

I need a copy of my momorandum of law in support of my 2255, Docket #206.

This memorandum of law was signed on May 24, 2004, and sent with my 2255 (A0243).

Please mail me a copy of this memorandum of law (#206), and I am indigent status.

The First Circuit has found me indigent see docket entry #190-194.

Thank you very much for your time and consideratiion.

Respectfully submitted,

William Alba-Gonzalez
REG NO. 18082-069
Federal Prison Camp Williamsburg
P.O. Box 380
Salters, S.C. 29590.